**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MAD RIVER BREWING CO., <br><br> Plaintiff, <br><br> v. <br><br> GAMER PACKAGING CO., INC., et al., <br><br> Defendants. | No. CV 10-0643 NJV <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER** <br> (Doc. No. 5) |

The Court grants the parties' stipulation extending the time for Defendant Gamer Packaging Co., Inc. to file its response to the complaint. (Doc. No. 5) Defendant shall have until March 25, 2010 to file its response to the complaint.

**IT IS SO ORDERED.**

Dated: February 23, 2010

NANDOR J. VADAS
United States Magistrate Judge